# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 28, 2020

### NO. 03-19-00858-CV

**Luis Alberto Vences, Appellant**

**v.**

**Marissa Garcia Robledo, Evangelina Robledo, Andrew Emerito Costilla,
James Stephen Sustaita, and Mary Prado, Appellees**

### APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, TRIANA, AND SMITH
### DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE SMITH

This is an appeal from the order signed by the trial court on November 15, 2019. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.